**LAW OFFICES OF**
DANIEL V. BEHESNILIAN
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
DORINE MARTIROSIAN, ESQ., State Bar No. 204326
8665 Wilshire Blvd., Suite 410
Beverly Hills, Ca. 90211
Tel: (310) 854-6972
Fax: (310) 854-0128

OK/HAV

Attorneys for Defendant VAL PETROFF

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No:** |
| ) | **CRS 03-0377 DFL** |
| ) | (03-252 6M) |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| vs. ) | TO CONTINUE MATTER FROM |
| ) | 05/12/05 TO 07/07/05 |
| VAL PETROFF, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

   WHEREFORE, upon showing of good cause, the UNITED STATES OF AMERICA, represented by DANIEL S. LINHARDT, Assistant United States Attorney, and Defendant VAL PETROFF, represented by DANIEL V. BEHESNILIAN, do hereby stipulate to the following:

   That, this matter is currently set for status hearing on May 12, 2005, at 10:00 a.m. before the Honorable David F. Levi.

**1**   That, counsel for Defendant and the Government have been, and
**2** continue to be, engaged in ongoing plea discussion and as such will
**3** require additional time for a potential disposition in this matter.
**4**   That, based on the foregoing, the status hearing currently set in
**5** this matter for May 12, 2005 at 10:00 a.m. before the Honorable
**6** David F. Levi, be continued to **July 7, 2005 at 10:00 a.m. before**
**7** **the Honorable David F. Levi.**
**8**   That, Defendant is aware of his rights to a speedy trial
**9** and he is knowingly consenting to this stipulation setting this matter
**10** for July 7, 2005.
**11**   That, speedy trial time is to be excluded from the date of this
**12** order through the date of the status hearing on July 7, 2005 pursuant
**13** to 18 U.S.C. Sections 3161 (h)(8)(B)(iv).
**14**   That, Defendant personally appear for the purposes of status
**15** hearing on **July 7, 2005, at 10:00 a.m. before the Honorable**
**16** **David F. Levi.**

**17**   SO STIPULATED.

Authorization for Mr. Linhardt's signature obtained via telephone on 5/9/05

Dated: May 9, 2005                      _____/s/_____
                                         DANIEL S. LINHARDT
                                         Assistant U.S. Attorney


Dated: May 9, 2005                      _____/s/_____
                                         DANIEL V. BEHESNILIAN
                                         Attorney for Defendant
                                         VAL PETROFF


## ORDER

GOOD CAUSE NOW appearing, it is hereby ordered that this matter, which is currently set for a status hearing on May 12, 2005, at

1  10:00 a.m., be continued to, and set for a status hearing, on
2  **July 7, 2005, 10:00 a.m. in the Courtroom of The Honorable David**
3  **F. Levi** and that Defendant VAL PETROFF personally appear before this
4  Court, on the above date and time for status hearing.
5      SO ORDERED.
6  Dated: 5/11/2005

                                          _____
                                          DAVID F. LEVI
                                          United States District Judge