1

LAW OFFICES OF
DANIEL V. BEHESNILIAN
2    DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
DORINE MARTIROSIAN, ESQ., State Bar No. 204326
3    8665 Wilshire Blvd., Suite 410
Beverly Hills, Ca. 90211
4    Tel: (310) 854-6972
Fax: (310) 854-0128                                **OK/HAV**

5

6

7    Attorneys for Defendant VAL PETROFF

8

9

10

11                  **IN THE UNITED STATES DISTRICT COURT**

12              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

13   UNITED STATES OF AMERICA,        )      **Case No:**
                                      )         **CRS 03-0377 DFL**
14                                    )         (03-252 6M)
                     Plaintiff,       )
15                                    )      STIPULATION AND ORDER
          vs.                         )      TO CONTINUE MATTER FROM
16                                    )      07/07/05 TO 09/01/05
     VAL PETROFF,                     )
17                                    )
                                      )
18                   Defendant.       )
     _____ )
19

20

21

22                            **STIPULATION**

23        WHEREFORE, upon showing of good cause, the UNITED STATES OF

24   AMERICA, represented by DANIEL S. LINHARDT, Assistant United States

25   Attorney, and Defendant VAL PETROFF, represented by DANIEL

26   V. BEHESNILIAN, do hereby stipulate to the following:

27        That, this matter is currently set for status hearing on

28   July 7, 2005, at 1:30 p.m. before the Honorable David F. Levi.

                                    1

1      That, counsel for Defendant and the Government have been, and

2 continue to be, engaged in ongoing plea discussion and as such will

3 require additional time for a potential disposition in this matter.

4      That, based on the foregoing, the status hearing currently set in

5 this matter for July 7, 2005 before the Honorable David F. Levi, be

6 continued to **Sept. 1, 2005 at 10:00 a.m. before the Honorable David F.**

7 **Levi** or to a date thereafter as convenient to the Court.

8      That, Defendant is aware of his rights to a speedy trial

9 and he is knowingly consenting to this stipulation setting this matter

10 for Sept. 1, 2005 or to a date thereafter as convenient to the Court.

11      That, speedy trial time is to be excluded from the date of this

12 order through the date of the status hearing on Sept. 1, 2005, or to a

13 date thereafter for said hearing as convenient to the Court, pursuant

14 to 18 U.S.C. Sections 3161 (h)(8)(B)(iv).

15      That, Defendant personally appear for the purposes of status

16 hearing on **Sept. 1, 2005, at 10:00 a.m. before the Honorable**

17 **David F. Levi.**

18      SO STIPULATED.

19                               Authorization for Mr.
                               Linhardt's signature

20                               obtained via telephone on
                              7/5/05

21 Dated: July 6, 2005               _____/s/_____
                              DANIEL S. LINHARDT

22                               Assistant U.S. Attorney

23

24 Dated: July 6, 2005               _____/s/_____
                              DANIEL V. BEHESNILIAN

25                               Attorney for Defendant
                              VAL PETROFF

26 / / /

27 / / /

28 / / /

2

STIPULATION AND ORDER

1 | **ORDER**

2 | GOOD CAUSE NOW appearing, it is hereby ordered that this matter,

3 | which is currently set for a status hearing on July 7, 2005, be

4 | continued to, and set for a status hearing, on **Sept. 1, 2005, 10:00**

5 | **a.m. in the Courtroom of The Honorable David F. Levi** and that

6 | Defendant VAL PETROFF personally appear before this Court, on the

7 | above date and time for status hearing.

8 | SO ORDERED.

9 | Dated: 7/7/2005

10

11

12 | _____

13 | DAVID F. LEVI
United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER